Michael R. Brooks
Nevada Bar No. 007287
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel: 702.385.2500 | Fax: 702.385.2086
Email: mbrooks@hutchlegal.com

Michael B. Bernacchi (*admitted pro hac vice*)
California Bar No. 163657
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600 | Fax: 213.236.2700
E-mail:  mbernacchi@bwslaw.com

Attorneys for Defendant
Hartford Life and Accident Insurance Company

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TOBY WALMSLEY, | Case No. 2:19-cv-02028-JCM-EJY |
| Plaintiff, | **STIPULATION AND ORDER TO VACATE MOTION BRIEFING SCHEDULE** |
| v. | |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, as Claims Administrator of the Universal Health Services, Inc. Long-Term Disability Plan; DOES I through V; and ROE CORPORATIONS I thru inclusive, | **(FIRST REQUEST)** |
| Defendants. | |

IT IS HEREBY STIPULATED by the parties hereto, Plaintiff Toby Walmsley and Defendant Hartford Life and Accident Insurance Company, through their counsel of record of record, that pursuant to LR 26-3, certain dates in the Amended Scheduling Order [Dkt. 24] be vacated based on the following:

///

1  On July 1, 2020, the Court amended its Scheduling Order to propose that FRCP Rule 52/56 motions be filed by Tuesday, September 15, 2020, opposing memoranda be filed by Tuesday, October 13, 2020, and optional reply memoranda be filed by Tuesday, October 27, 2020.

From July 29, 2020 through August 19, 2020, the parties filed their discovery briefs. [Dkt. 27, 28, 29, 30, 34, 35]

On August 13, 2020, the Administrative Record was filed.  [Dkt. 31, 32]

To date, the discovery matter has yet to be ruled on.

WHEREFORE, the parties hereby request that the Rule 52/56 motion briefing schedule be vacated until after the discovery matter has been decided.  The parties will stipulate to a new briefing schedule after the ruling.

Dated:  September 3, 2020              LAW OFFICE OF JULIE A. MERSCH

By: */s/ Julie A. Mersch*
JULIE A. MERSCH
jam@merschlaw.com
Nevada Bar No. 004695
1100 E. Bridger Avenue
Las Vegas, NV 89101

Attorney for Plaintiff Toby Walmsley

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4812-9730-1706 v1          - 2 -          STIPULATION AND ORDER TO VACATE
MOTION BRIEFING SCHEDULE

| | |
|---|---|
| Dated:  September 3, 2020 | BURKE, WILLIAMS & SORENSEN, LLP |
| | By: */s/ Michael B. Bernacchi* |
| | MICHAEL B. BERNACCHI |
| | mbernacchi@bwslaw.com |
| | 444 South Flower Street, Suite 2400 |
| | Los Angeles, CA 90071-2953 |
| | |
| | MICHAEL R. BROOKS |
| | mbrooks@hutch.com |
| | HUTCHISON & STEFFEN, PLLC |
| | 10080 West Alta Drive, Suite 200 |
| | Las Vegas, NV 89145 |
| | |
| | Attorneys for Defendant Hartford Life and Accident Insurance Company |

**IT IS SO ORDERED:**

Dated this __4th__ day of September, 2020.

_____
UNITED STATES MAGISTRATE JUDGE