Michael R. Brooks
Nevada Bar No. 007287
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel: 702.385.2500 | Fax: 702.385.2086
Email: mbrooks@hutchlegal.com

Michael B. Bernacchi (*admitted pro hac vice*)
California Bar No. 163657
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600 | Fax: 213.236.2700
E-mail: mbernacchi@bwslaw.com

Attorneys for Defendant
Hartford Life and Accident Insurance Company

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TOBY WALMSLEY, | Case No. 2:19-cv-02028-JCM-EJY |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE DISCOVERY HEARING DATE** |
| v. | |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, as Claims Administrator of the Universal Health Services, Inc. Long-Term Disability Plan; DOES I through V; and ROE CORPORATIONS I thru inclusive, | **(FIRST REQUEST)** |
| Defendants. | |

IT IS HEREBY STIPULATED by the parties hereto, Plaintiff Toby Walmsley and Defendant Hartford Life and Accident Insurance Company, through their counsel of record of record, that the discovery hearing date set by the Court [Dkt. 39] be continued based on the following:

///

1  From July 29, 2020 through August 19, 2020, the parties filed their discovery briefs. [Dkt. 27, 28, 29, 30, 34, 35]

On August 13, 2020, the Administrative Record was filed. [Dkt. 31, 32]

On November 10, 2020, a hearing on the discovery matter was set by the Court for December 2, 2020 at 10:00 a.m.

Counsel for Defendant Hartford has a bench trial in the United States District Court, Northern District of California, set on the same date (December 2, 2020). Plaintiff's counsel has agreed to stipulate to continue the discovery hearing date.

The parties hereby request that the discovery hearing date be continued from December 2, 2020 to December 4, 2020, or to a date convenient on the Court's calendar.

Dated: November 18, 2020    LAW OFFICE OF JULIE A. MERSCH

By: */s/ Julie A. Mersch*
JULIE A. MERSCH
jam@merschlaw.com
Nevada Bar No. 004695
1100 E. Bridger Avenue
Las Vegas, NV 89101

Attorney for Plaintiff Toby Walmsley

Dated: November 18, 2020    BURKE, WILLIAMS & SORENSEN, LLP

By: */s/ Michael B. Bernacchi*
MICHAEL B. BERNACCHI
mbernacchi@bwslaw.com
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953

MICHAEL R. BROOKS
mbrooks@hutch.com
HUTCHISON & STEFFEN, PLLC
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145

Attorneys for Defendant Hartford Life and Accident Insurance Company

**~~(PROPOSED)~~ ORDER**

Having considered the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that the Stipulation and Order to Continue Discovery Hearing (ECF No. 40) is GRANTED.

IT IS FURTHER ORDERED that the discovery hearing date is continued to December 15, 2020 at 10:00 a.m. via the Zoom video conference platform. The parties shall contact Elvia Garcia, Courtroom Deputy for the undersigned Magistrate Judge, by 12:00 p.m. on December 11, 2020, at Elvia_Garcia@nvd.uscourts.gov, and provide the email addresses of their respective participants. The courtroom deputy shall email all participants with the Zoom link.

**IT IS SO ORDERED:**

Dated this 19th day of November, 2020.

_____
HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE